Squire Patton Boggs (US) LLP
Troy M. Yoshino (State Bar # 197850)
troy.yoshino@squirepb.com
Aengus H. Carr (State Bar # 240953)
aengus.carr@squirepb.com
Alfredo W. Amoedo (State Bar # 287901)
alfredo.amoedo@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:  +1 415 954 0200
Facsimile:  +1 415 393 9887

Attorneys for Defendant
Mercedes-Benz USA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Stephanie Yasuda (*in pro per*),<br><br>  Plaintiff,<br><br>  v.<br><br>Mercedes-Benz USA, LLC,<br><br>  Defendant. | Case No. CV 17-7509-GW(JEMx)<br><br>**ORDER APPROVING STIPULATION TO REMAND AND REMANDING ACTION TO STATE COURT** |

Having reviewed the parties' November 16, 2017 Stipulation to Remand, and for good cause showing, the Court orders as follows:  The above-captioned action *Stephanie Yasuda v. Mercedes-Benz USA, LLC*, Case No. 2:17-cv-7509-GW (JEMx) is hereby remanded to the Superior Court of California, County of Los Angeles, Stanley Mosk Courthouse, Small Claims Division.

**IT IS SO ORDERED**.

Dated:  November 20, 2017

_____
GEORGE H. WU, U.S. District Judge

[PROPOSED] ORDER REMANDING ACTION TO STATE COURT 2:17-CV-7509-GW (JEMx)

010-8555-5251/1/AMERICAS